Date of Arrest: 08/07

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> Vs. <br><br> Melvin Aristides CASTILLO-Turcios <br> AKA: None Known <br> 205757994 <br> YOB: 1986 <br> Citizen of: Honduras <br> Defendant | Magistrate Case No. 20-1271 MJ <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, United States Code, Section 1326(a) Re-Entry After Deport |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about August 07, 2020, Defendant Melvin Aristides CASTILLO-Turcios, an alien, was found in the United States at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Honduras through the port of Alexandria, Louisiana on or about May 3, 2019. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA Louis Uhl
 JWL for Louis Uhl

_____
Signature of Complainant
Daniel Melendez
Border Patrol Agent

Sworn to before me and subscribed telephonically,

__August 10, 2020__  at  __Yuma, Arizona__
Date                           City and State

__James F. Metcalf, United States Magistrate__ Judge    _____
Name & Title of Judicial Officer                Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,
Vs.
Melvin Aristides CASTILLO-Turcios
AKA: None Known
205757994

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about August 07, 2020, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Honduras, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Eagle Pass, Texas on or about February 1, 2013. The Defendant has been removed on two previous occasion(s). The Defendant was most recently removed on or about May 3, 2019, through the port of Alexandria, Louisiana.

Agents determined that on or about August 07, 2020, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA's Yajayra Franco, Elma Rascon, and Juan Hernandez.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Juan Villegas.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____
Signature of Judicial Officer

August 10, 2020
Date